LAWRENCE G. BROWN
United States Attorney
SHEILA K. OBERTO
DEANNA L. MARTINEZ
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:09-CR-00175 OWW |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| CHRISTOPHER LEIGH, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Christopher Leigh, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, defendant Christopher Leigh's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a.  Toshiba Satellite Laptop Computer, Model: A135-S4427, Serial No. 17194907K,

    b.  SmartDisk External Hard Drive, Model: USBFLB80

    c.  SimpleTech 250 GB External Hard Drive, Serial No. 0712543250101309

///

1	2.	The above-listed property constitutes property which
2	contain visual depictions produced, transported, shipped, or
3	received, in violation of 18 U.S.C. §§ 2252(a)(2), all in violation
4	of 18 U.S.C. § 2253.
5	3.	Pursuant to Rule 32.2(b), the Attorney General (or a
6	designee) shall be authorized to seize the above-listed property.
7	The aforementioned property shall be seized and held by the
8	Department of Homeland Security, Customs and Border Protection, in
9	its secure custody and control.
10	4.	a.	Pursuant to 18 U.S.C. § 2253(b), incorporating 21
11	U.S.C. § 853(n), and Local Rule 83-171, the United States shall
12	publish notice of the order of forfeiture.  Notice of this Order and
13	notice of the Attorney General's (or a designee's) intent to dispose
14	of the property in such manner as the Attorney General may direct
15	shall be posted for at least 30 consecutive days on the official
16	internet government forfeiture site www.forfeiture.gov.  The United
17	States may also, to the extent practicable, provide direct written
18	notice to any person known to have alleged an interest in the
19	property that is the subject of the order of forfeiture as a
20	substitute for published notice as to those persons so notified.
21		b.	This notice shall state that any person, other than
22	the defendant, asserting a legal interest in the above-listed
23	property, must file a petition with the Court within sixty (60) days
24	from the first day of publication of the Notice of Forfeiture posted
25	on the official government forfeiture site, or within thirty (30)
26	days from receipt of direct written notice, whichever is earlier.
27	5.	If a petition is timely filed, upon adjudication of all
28	third-party interests, if any, this Court will enter a Final Order of

Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

IT IS SO ORDERED.

**Dated:   October 6, 2009**             /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE