BENJAMIN B. WAGNER
United States Attorney
SHEILA K. OBERTO
DEANNA L. MARTINEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559)497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:09-CR-00175 OWW |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| CHRISTOPHER LEIGH, | |
| Defendant. | |

WHEREAS, on October 6, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Christopher Leigh forfeiting to the United States the following property:

        a.    Toshiba Satellite Laptop computer, Model: A135-S4427, Serial No. 17194907K,

        b.    SmartDisk External Hard Drive, Model: USBFLB80, and

        c.    SimpleTech 250 GB External Hard Drive, Serial No. 0712543250101309.

///

///

1  AND WHEREAS, beginning on October 8, 2009, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Christopher Leigh.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

**Dated:   January 6, 2010**            /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE